IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>           Plaintiff,<br><br>    vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>           Defendants. | 8:13CV102<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties, the defendants withdraw that portion of Paragraph I(A) of the Rule 26(f) Report which states the defendants contest the court's subject matter jurisdiction over this case. To begin progression of this case,

    IT IS ORDERED:

    1)    Mandatory disclosures shall be served by July 1, 2013.

    2)    The deadline for moving to amend pleadings or add parties is September 16, 2013

    3)    The parties are now authorized to engage in discovery, including deposition discovery.

    4)    The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 1, 2013. Motions to compel Rule 33 through 36 discovery must be filed by October 18, 2013.

    5)    The defendants' anticipated motion to consolidate this case with Sandoval v. Oldehoeft et al, 4:12-cv-03129 shall be filed on or before July 9, 2013.

    6)    Leonard C. Sandoval, plaintiff in Sandoval v. Oldehoeft et al, 4:12-cv-03129, is permitted to file consolidation motions or responses to consolidation motions in this case. To that end, the clerk shall add Sandoval as an interested party in this case, and shall serve a copy of this memorandum and order on Sandoval's counsel.

7)       Any consolidation motion(s) and any responses thereto shall indicate whether the party consents or opposes consolidation for trial preparation only or for the entire case, including trial.

June 21, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge